**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| MICHAEL PARISH, | ) | |
| Plaintiff, | ) | 2:10-cv-00522-APG-NJK |
| v. | ) | |
| NYE COUNTY SHERIFF'S OFFICE, SHERIFF | ) | **ORDER** |
| ANTHONY DEMEO, NYE COUNTY | ) | |
| COMMISSIONERS, CARL M. JOERGER, an | ) | |
| unmarried man, ANITA SPRINGS, an unmarried | ) | |
| woman, DOES 1-100, CORPORATIONS ROE | ) | |
| 1-100, et al., | ) | |
| Defendants. | ) | |

On January 4, 2012, the Court granted (#15) Defendants' motions to dismiss (##8, 10, 11). Defendants Nye County Sheriff's Office and Nye County Commissioners were dismissed with prejudice, and Defendants Sheriff Anthony Demeo, Carl M. Joerger, and Anita Springs were dismissed without prejudice. Plaintiff was granted leave to file an amended complaint within thirty (30) days of the date of entry of the Order (#15). An amended complaint has not been timely filed and no claims or defendants remain in the case.

IT IS, THEREFORE, HEREBY ORDERED that the case is dismissed.

The Clerk shall enter judgment accordingly.


DATED: This 22ⁿᵈ day of April, 2013.


_____
United States District Judge